Same case below, 356 Fed. Appx. 908.

**No. 09-10091. Johnnie Ray Hawthone, Petitioner v. Arkansas, et al.**

560 U.S. 957, 130 S. Ct. 3392, 177 L. Ed. 2d 311, 2010 U.S. LEXIS 4673.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10101. Harold B. Mason, Petitioner v. Invision, LLC, et al.**

560 U.S. 957, 130 S. Ct. 3392, 177 L. Ed. 2d 311, 2010 U.S. LEXIS 4703.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 347 Fed. Appx. 257.

**No. 09-10133. Joseph Torres, Jr., Petitioner v. Jim Benedetti, Warden, et al.**

560 U.S. 957, 130 S. Ct. 3392, 177 L. Ed. 2d 311, 2010 U.S. LEXIS 4612.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10172. Timothy James, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

560 U.S. 957, 130 S. Ct. 3392, 177 L. Ed. 2d 311, 2010 U.S. LEXIS 4603.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 939.

**No. 09-10321. Clifton Morrow, Petitioner v. Robert A. Horel, Warden.**

560 U.S. 957, 130 S. Ct. 3396, 177 L. Ed. 2d 311, 2010 U.S. LEXIS 4676.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10344. John H. Darby, Petitioner v. South Carolina, et al.**

560 U.S. 957, 130 S. Ct. 3396, 177 L. Ed. 2d 311, 2010 U.S. LEXIS 4694.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 355 Fed. Appx. 751.

**No. 09-10345. Vito Cascio, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.**

560 U.S. 957, 130 S. Ct. 3396, 177 L. Ed. 2d 311, 2010 U.S. LEXIS 4707.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.